UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
CENTRAL DIVISION

| | |
|---|---|
| NADINE SALYER,<br><br>    Plaintiff,<br><br>v.<br><br>FLEXAN, LLC; and INGERSOLL RAND INDUSTRIAL TECHNOLOGIES, LLC,<br><br>    Defendants. | **REPORT AND RECOMMENDATION TO DENY MOTION TO WAIVE FILING FEE (DOC. NO. 2)**<br><br>Case No. 2:25-cv-01063<br><br>District Judge David Barlow<br><br>Magistrate Judge Daphne A. Oberg |

Nadine Salyer has filed a motion to waive the filing fee.[1] Under 28 U.S.C. § 1915, a federal court may authorize commencement of an action without prepayment of fees by a person who is unable to pay such fees.[2] To qualify for a fee waiver under § 1915, a party must show a financial inability to pay.[3] The District of Utah's local rules permit the court to "find a party indigent based on the information provided on the form motion or if a party's monthly income is equal to or below 200% of the United States poverty guideline."[4]

---

[1] (Mot. to Waive Filing Fee (Mot.), Doc. No. 2.)

[2] 28 U.S.C. § 1915(a)(1).

[3] *Lister v. Dep't of Treasury*, 408 F.3d 1309, 1312 (10th Cir. 2005).

[4] DUCivR 3-2(a)(1)(A). The local civil rules are available at https://www.utd.uscourts.gov/sites/utd/files/Civil%20Rules%20Final%202025.pdf.

Ms. Salyer's motion fails to demonstrate she qualifies for a fee waiver. Ms. Salyer states under penalty of perjury that she is unable to pay the fees and costs of this proceeding, but she does not provide information regarding her income or finances. The court previously identified this deficiency and ordered Ms. Salyer to supplement her motion by filing the District of Utah's form fee waiver motion by December 19, 2025.[5] That deadline has passed, and Ms. Salyer has not filed any supplement. Therefore, Ms. Salyer has not demonstrated an inability to pay the filing fee.

Accordingly, the undersigned[6] recommends the district judge deny Ms. Salyer's motion to waive the filing fee. The undersigned further recommends Ms. Salyer be given thirty days to pay the filing fee.[7] The court will send this Report and Recommendation to Ms. Salyer, who is notified of her right to object to it. Any objection must be filed within fourteen days of service.[8] Failure to object may be considered a waiver of objections.

DATED this 6th day of January, 2026.

BY THE COURT:

*Daphne A. Oberg*
Daphne A. Oberg
United States Magistrate Judge

---

[5] (*See* Doc. No. 6.)

[6] This case is referred to the undersigned magistrate judge under 28 U.S.C. § 636(b)(1)(B). (*See* Doc. No. 7.)

[7] *See* DUCivR 3-2(a)(1)(D).

[8] *See* 28 U.S.C. § 636(b)(1); Fed R. Civ. P. 72(b).