UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| NADINE SALYER,<br><br>                Plaintiff,<br><br>v.<br><br>FLEXAN, LLC; and INGERSOLL RAND INDUSTRIAL TECHNOLOGIES, LLC,<br><br>                Defendants. | **ORDER ADOPTING [8] REPORT AND RECOMMENDATION AND DENYING [2] MOTION TO PROCEED IN FORMA PAUPERIS**<br><br>Case No. 2:25-cv-01063-DBB<br><br>District Judge David Barlow |

On November 21, 2025, Plaintiff Nadine Salyer filed a motion for leave to proceed in forma pauperis.[1] On January 6, 2026, United States Magistrate Judge Daphne A. Oberg entered a Report and Recommendation recommending that the court deny the motion because Plaintiff had not submitted required information to demonstrate an inability to pay the filing fee.[2] The magistrate judge also advised Ms. Salyer of her right to object to the Report and Recommendation within 14 days of its service pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b).[3] Ms. Salyer did not file an objection, and she subsequently paid the court filing fee.[4] Because no objection was filed, the court reviews the Report and Recommendation for clear error.[5] Having done so, the court finds that the magistrate judge's analysis and conclusions are sound and that no clear error is present.

---

[1] Motion for Leave to Proceed in Forma Pauperis, ECF No. 2, filed Nov. 21, 2025.
[2] Report and Recommendation, ECF No. 8, entered Jan. 6, 2026.
[3] *Id.* at 2.
[4] *See* ECF No. 9.
[5] *Johnson v. Progressive Leasing*, No. 2:22-cv-00052, 2023 WL 4044514, at *2 (D. Utah June 16, 2023); *United States v. 2121 E. 30th Street,* 73 F.3d 1057, 1060 (10th Cir. 1996) ([A] party's objections to the magistrate judge's

Accordingly, it is ORDERED that that the [8] Report and Recommendation is ADOPTED and Plaintiff's [2] Motion for Leave to Proceed in Forma Pauperis is DENIED.

Signed January 27, 2026.

BY THE COURT

David Barlow
United States District Judge

---

report and recommendation must be both timely and specific to preserve an issue for de novo review by the district court or for appellate review.").